# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-70173-JAD |
| Kimberly J. Reynolds, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULE B
## AND AMENDED SCHEDULE C

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 23rd day of August, 2023, a true and exact copy of the Amended Schedule B and Amended Schedule C dated August 21, 2023, along with a copy of the Order dated August 22, 2023, on the parties on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Respectfully submitted,

Executed on: August 23, 2023

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 23-70173-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Mon Jul 31 10:06:50 EDT 2023 | Associated Bank<br>P.O. Box 200<br>Willamsville, NY 14231-0200 | Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |
| 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Associated Bank<br>6400 Main Street<br>Williamsville, New York 14221-5858 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Defi/associated Bank N<br>1305 Main St<br>Stevens Point, WI 54481-2898 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 | First National Bank of Pennsylvania<br>Attn: Legal Dept<br>3015 Glimcher Blvd<br>Hermitage, PA 16148-3343 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T BANK<br>PO Box 1508, Buffalo, NY 14240 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Mrc/united Wholesale M<br>Attn: Bankruptcy<br>P. O. Box 619098<br>Dallas, TX 75261-9098 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Ollo Card Services<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 |
| P S E C U<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 | PSECU<br>P.O. BOX 67013<br>HARRISBURG, PA 17106-7013 | Prosper Funding LLC<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 |
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |

```
Kimberly J. Reynolds                    Ronda J. Winnecour
1162 Club Drive                         Suite 3250, USX Tower
Johnstown, PA 15905-1918                600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Pingora Loan Servicing, LLC          (d)Peoples Natural Gas Company LLC      End of Label Matrix
                                        GRB Law                                  Mailable recipients    31
                                        c/o Jeffrey R. Hunt, Esquire             Bypassed recipients     2
                                        525 William Penn Place                   Total                  33
                                        Suite 3110
                                        Pittsburgh, PA 15219-1753
```