IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-70173-JAD |
| **Kimberly J. Reynolds,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Kimberly J. Reynolds,** | : | Docket No. |
| Movant | : | |
| vs. | : | Related to Docket No. 31 |
| | : | |
| No Respondents | : | Hearing Date & Time: August 30, 2023 |
| Respondent | : | 11:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### ORDER EMPLOYING PROFESSIONAL FOR DEBTOR

AND NOW, this __1st__ day of __September__, 2023, upon consideration of the

**MOTION FOR ORDER OF APPLICATION TO EMPLOY SPECIAL COUNSEL**, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **Terry L. Graffius, Esquire, an attorney with Leventry, Haschak & Rodkey, LLC wherein the office is located at 1397 Eisenhower Boulevard, Richland Square III, Suite 202, Johnstown, Pennsylvania 15904** is hereby appointed, as **Special Counsel** for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4.  Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.*

5.  Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____ sjk
JEFFERY A. DELLER
United States Bankruptcy Judge

cc: **Debtors**
**Counsel**
**Professional**
**Office of the U.S. Trustee**

*As stated on the record of the hearing held August 30, 2023, to the extent that Special Counsel seeks fees and expenses for work performed in his representation of the Debtor, such fees and expenses shall be sought by submitting a fee application to this Court. To the extent Special Counsel seeks compensation for work performed in service to the Decedent's Estate (or other party), Special Counsel is directed to seek payment from said other appropriate source.

FILED
9/1/23 7:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70173-JAD |
| Kimberly J. Reynolds | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

**Recip ID        Recipient Name and Address**
sp              + Terry L Graffius, 1397 Eisenhower Blvd, Richland Square III, Suite 202, Johnstown, PA 15904-3267

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Nicholas
           on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

Jeffrey Hunt
           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth P. Seitz
           on behalf of Debtor Kimberly J. Reynolds thedebterasers@aol.com

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Roger Fay
           on behalf of Creditor Pingora Loan Servicing  LLC rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

District/off: 0315-7                                 User: auto                                 Page 2 of 2
Date Rcvd: Sep 01, 2023                              Form ID: pdf900                             Total Noticed: 1
TOTAL: 6