# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-70173-JAD |
|    Kimberly J. Reynolds, | : | |
|           Debtor | : | Chapter 13 |
| | : | |
| Kimberly J. Reynolds, | : | |
|           Movant | : | |
|    vs. | : | |
| | : | |
| No Respondents | : | |
|           Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|           Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF MOTION TO EMPLOY SPECIAL COUNSEL**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of September, 2023, a true and correct copy of the Order Employing Professional for Debtor dated September 1, 2023, on all creditors on the Court's Mailing Matrix by First-Class Mail U.S. Postage paid.

**Special Counsel; Terry L. Graffius, Esquire** was served via electronic service.

Respectfully submitted,

Executed on: September 5, 2023

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          Associated Bank                          Peoples Natural Gas Company LLC
0315-7                                   P.O. Box 200                             GRB Law
Case 23-70173-JAD                        Willamsville, NY 14231-0200              c/o Jeffrey R. Hunt, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                                  525 William Penn Place, Suite 3110
Johnstown                                                                         Pittsburgh, PA 15219-1753
Mon Jul 31 10:06:50 EDT 2023

7                                        Ally Bank                                Associated Bank
U.S. Bankruptcy Court                    Resurgent Capital Services               6400 Main Street
5414 U.S. Steel Tower                    PO Box 10368                             Williamsville, New York 14221-5858
600 Grant Street                         Greenville, SC 29603-0368
Pittsburgh, PA 15219-2703

Bank of America                          Capital One                              Capital One N.A.
Attn: Bankruptcy                         Attn: Bankruptcy                         by American InfoSource as agent
4909 Savarese Circle                     Po Box 30285                             PO Box 71083
Tampa, FL 33634-2413                     Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083

Citibank/Best Buy                        Defi/associated Bank N                   Discover Bank
Citicorp Cr Srvs/Centralized Bankruptcy  1305 Main St                             Discover Products Inc
Po Box 790040                            Stevens Point, WI 54481-2898             PO Box 3025
St Louis, MO 63179-0040                                                           New Albany, OH  43054-3025

Discover Financial                       First National Bank of Pennsylvania      First National Bank of Pennsylvania
Attn: Bankruptcy                         4140 E. State Street                     Attn: Legal Dept
Po Box 3025                              Hermitage, PA 16148-3401                 3015 Glimcher Blvd
New Albany, OH 43054-3025                                                         Hermitage, PA 16148-3343

LVNV Funding, LLC                        M&T BANK                                 (p)M&T BANK
Resurgent Capital Services               PO Box 1508, Buffalo, NY 14240           LEGAL DOCUMENT PROCESSING
PO Box 10587                                                                      626 COMMERCE DRIVE
Greenville, SC 29603-0587                                                         AMHERST NY 14228-2307

Mrc/united Wholesale M                   Office of the United States Trustee      Ollo Card Services
Attn: Bankruptcy                         Liberty Center.                          Attn: Bankruptcy
P. O. Box 619098                         1001 Liberty Avenue, Suite 970           Po Box 9222
Dallas, TX 75261-9098                    Pittsburgh, PA 15222-3721                Old Bethpage, NY 11804-9222

P S E C U                                PSECU                                    Prosper Funding LLC
Attention: Bankruptcy                    P.O. BOX 67013                           221 Main Street
Po Box 67013                             HARRISBURG, PA 17106-7013                Suite 300
Harrisburg, PA 17106-7013                                                         San Francisco, CA 94105-1909

Synchrony Bank                           Synchrony Bank/Amazon                    Synchrony Bank/TJX
Attn: Bankruptcy                         Attn: Bankruptcy                         Attn:  Bankruptcy
Po Box 965060                            Po Box 965060                            Po Box 965060
Orlando, FL 32896-5060                   Orlando, FL 32896-5060                   Orlando, FL 32896-5060

Synchrony/PayPal Credit                  Target Nb                                Kenneth P. Seitz
Attn: Bankruptcy                         C/O Financial & Retail Services          Law Offices of Kenny P. Seitz
Po Box 965060                            Mailstop BT PO Box 9475                  P.O. Box 211
Orlando, FL 32896-5060                   Minneapolis, MN 55440-9475               Ligonier, PA 15658-0211
```

```
Kimberly J. Reynolds                    Ronda J. Winnecour
1162 Club Drive                         Suite 3250, USX Tower
Johnstown, PA 15905-1918                600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Pingora Loan Servicing, LLC          (d)Peoples Natural Gas Company LLC      End of Label Matrix
                                        GRB Law                                 Mailable recipients    31
                                        c/o Jeffrey R. Hunt, Esquire            Bypassed recipients     2
                                        525 William Penn Place                  Total                  33
                                        Suite 3110
                                        Pittsburgh, PA 15219-1753
```