# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 23-70173-JAD |
| **Kimberly J. Reynolds,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 20th day of September, 2023, a true and correct copy of the Order dated September 19, 2023, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

        CONEMAUGH TOWNSHIP AREA SCHOOL DISTRICT
        300 W. CAMPUS AVENUE
        P.O. BOX 407
        DAVIDSVILLE, PA 15928

        KIMBERLY J. REYNOLDS
        1162 CLUB DRIVE
        JOHNSTOWN, PA 15905

        Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

        Respectfully submitted,

Executed on: <u>September 20, 2023</u>    /s/ Jessica L. Tighe
        Jessica L. Tighe; Legal Asst.
        Law Offices of Kenny P. Seitz
        P. O. Box 211
        Ligonier, PA  15658
        (814) 536-7470