IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Kimberly J Reynolds,  
    Debtor(s).

CASE NO 23-70173-JAD

Chapter 13

Ronda J. Winnecour, Chapter 13 Trustee,  
    Movant(s),  
vs.  
Kimberly J Reynolds,  
    Respondent(s).

### CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT

WHEREAS, the Debtor received life insurance proceeds in the amount of $16,666 as disclosed on an amended Schedule B at Doc 36;

WHEREAS, Debtor exempted $8,843 of the proceeds as set forth in Doc 36;

WHEREAS, the unexempted portion of the proceeds, that being $7,823, was paid over to the Trustee (the "Non-Specific Lump Sum") and posted 10/16/23;

WHEREAS, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(a)    The Non-Specific Lump Sum shall be treated as additional plan funding and shall, after first deducting and paying: (i) Trustee fees, and (ii) $200 for Debtor Counsel for fees related to the matter, which amount shall be in addition to the no-look amount provided for in the plan, shall be distributed to timely filed general unsecured creditors so far as the funds shall go.

(b)    This disposition of the unexempted portion of the life insurance proceeds shall be incorporated into the confirmed plan in this case and into any amendment or modification of the plan during the remaining term of the case whether or not expressly set forth in the plan or confirmation.

Case 23-70173-JAD    Doc 52    Filed 10/26/23    Entered 10/26/23 14:31:47    Desc Main
Document      Page 2 of 2

So Ordered, this _____ day of _____, 20_____.

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire (PA I.D. #81666)
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
thedebterasers@aol.com
Attorney for Debtor(s)