IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Kimberly J Reynolds,  
    Debtor(s).

CASE NO 23-70173-JAD

Chapter 13

Ronda J. Winnecour, Chapter 13 Trustee,  
    Movant(s),  
vs.  
Kimberly J Reynolds,  
    Respondent(s).

Related to Doc. #52

### CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT

WHEREAS, the Debtor received life insurance proceeds in the amount of $16,666 as disclosed on an amended Schedule B at Doc 36;

WHEREAS, Debtor exempted $8,843 of the proceeds as set forth in Doc 36;

WHEREAS, the unexempted portion of the proceeds, that being $7,823, was paid over to the Trustee (the "Non-Specific Lump Sum") and posted 10/16/23;

WHEREAS, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(a) The Non-Specific Lump Sum shall be treated as additional plan funding and shall, after first deducting and paying: (i) Trustee fees, and (ii) $200 for Debtor Counsel for fees related to the matter, which amount shall be in addition to the no-look amount provided for in the plan, shall be distributed to timely filed general unsecured creditors so far as the funds shall go.

(b) This disposition of the unexempted portion of the life insurance proceeds shall be incorporated into the confirmed plan in this case and into any amendment or modification of the plan during the remaining term of the case whether or not expressly set forth in the plan or confirmation.

Page **1** of 2

So Ordered, this __27th__ day of _____October_____, 20__23__.

_____  sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

Consented to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire (PA I.D. #81666)
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
thedebterasers@aol.com
**Attorney for Debtor(s)**

FILED
10/27/23 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70173-JAD |
| Kimberly J. Reynolds | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly J. Reynolds, 1162 Club Drive, Johnstown, PA 15905-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth P. Seitz | on behalf of Debtor Kimberly J. Reynolds thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Pingora Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7  User: auto  Page 2 of 2
Date Rcvd: Oct 27, 2023  Form ID: pdf900  Total Noticed: 1
TOTAL: 6