**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KIMBERLY J REYNOLDS                                    Case No. 23-70173JAD

                Debtor(s)
RONDA J. WINNECOUR,                                    Chapter 13
Standing Chapter 13 Trustee,

           Movant                                      Document No __
    vs.
PINGORA LOAN SERVICING LLC

       Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to SELECT PORTFOLIO SERVICING. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

PINGORA LOAN SERVICING LLC                             Court claim# 15-2/Trustee CID# 3
C/O NATIONSTAR MTG LLC dba MR.
COOPER(*)
PO BOX 619094
DALLAS, TX 75261-9741

The Movant further certifies that on 05/14/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
cc:  debtor(s)                                  SUITE 3250 US STEEL TWR
     original creditor                   PITTSBURGH, PA  15219
     putative creditor                  (412) 471-5566
     counsel for debtor(s)            cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>KIMBERLY J REYNOLDS, 1162 CLUB DRIVE, JOHNSTOWN, PA  15905<br><br>:<br>SELECT PORTFOLIO SERVICING INC**, ATTN BANKRUPTCY NOTICING, 3217 S DECKER LAKE DR, SALT LAKE CITY, UT 84119<br><br>ORIGINAL CREDITOR'S COUNSEL:<br>ALBERTELLI LAW, 14000 COMMERCE PARKWAY STE H, MT LAUREL, NJ  08054<br><br>NEW CREDITOR:<br>SELECT PORTFOLIO SERVICING | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, PO BOX 211, LIGONIER, PA  15658<br><br>ORIGINAL CREDITOR:<br>PINGORA LOAN SERVICING LLC, C/O NATIONSTAR MTG LLC dba MR. COOPER(*), PO BOX 619094, DALLAS, TX 75261-9741 |