## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KIMBERLY J REYNOLDS

Case No. 23-70173JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

PINGORA LOAN SERVICING LLC

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to SELECT PORTFOLIO SERVICING.  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov  under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.

PINGORA LOAN SERVICING LLC
C/O NATIONSTAR MTG LLC dba MR. COOPER(*)
PO BOX 619094
DALLAS, TX 75261-9741

Court claim# 15-2/Trustee CID# 24

The Movant further certifies that on 05/14/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KIMBERLY J REYNOLDS, 1162 CLUB
DRIVE, JOHNSTOWN, PA  15905

:
SELECT PORTFOLIO SERVICING INC**,
ATTN BANKRUPTCY NOTICING, 3217 S
DECKER LAKE DR, SALT LAKE CITY, UT
84119

ORIGINAL CREDITOR'S COUNSEL:
ALBERTELLI LAW, 14000 COMMERCE
PARKWAY STE H, MT LAUREL, NJ  08054

NEW CREDITOR:
SELECT PORTFOLIO SERVICING

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF
KENNY P SEITZ, PO BOX 211, LIGONIER,
PA  15658

ORIGINAL CREDITOR:
PINGORA LOAN SERVICING LLC, C/O
NATIONSTAR MTG LLC dba MR.
COOPER(*), PO BOX 619094, DALLAS, TX
75261-9741