**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

IN RE:                                                      CASE NO.: 23-70173
                                                             CHAPTER 13

**Kimberly J. Reynolds,**
   Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Select Portfolio Servicing, Inc.("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                     Attorney for Secured Creditor
                                     13010 Morris Rd., Suite 450
                                     Alpharetta, GA  30004
                                     Telephone: 470-321-7112
                                     Facsimile: 404-393-1425

                                     By: _/s/Michelle L. McGowan, Esq._
                                        Michelle L. McGowan, Esq., Esquire
                                        Pennsylvania Bar No. 62414 PA
                                        Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

KIMBERLY J. REYNOLDS
1162 CLUB DRIVE
JOHNSTOWN, PA 15905

And via electronic mail to:

LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

By: /s/Amber Matas