Certificate Number: 03621-PAW-DE-041151812

Bankruptcy Case Number: 23-70173



03621-PAW-DE-041151812

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2026, at 8:57 o'clock AM EDT, Kimberly J Garman f/k/a Kimberly J Reynolds completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 30, 2026                    By:      /s/Ashley Bradley

Name:  Ashley Bradley

Title:   Credit Counselor