**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  KIMBERLY J REYNOLDS

| | |
|---|---|
| KIMBERLY J REYNOLDS | Case No.23-70173-JAD |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
|   Movant | Chapter 13 |
|     vs. | |
| KIMBERLY J REYNOLDS | Related to |
| | Document No.___72_____ |
|    Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____13th_____ day of ___July____ , 20_26_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Conemaugh Township Area School District
Attn: Payroll Manager
300 W. Campus Avenue
P.O. Box 407
Davidsville,PA 15928

is hereby ordered to immediately terminate the attachment of the wages of KIMBERLY J REYNOLDS, social

security number XXX-XX-1605.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of

KIMBERLY J REYNOLDS.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____ sjk

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
7/13/26 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 23-70173-JAD

Kimberly J. Reynolds                                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 13, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| **Recip ID** | **Recipient Name and Address** |
| --- | --- |
| db | + Kimberly J. Reynolds, 1162 Club Drive, Johnstown, PA 15905-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth P. Seitz | on behalf of Debtor Kimberly J. Reynolds thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor Select Portfolio Servicing  Inc mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Pingora Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com |

District/off: 0315-7

User: auto

Date Rcvd: Jul 13, 2026

Form ID: pdf900

Total Noticed: 1

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7