**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **KIMBERLY J REYNOLDS** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **23-70173JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   SELECT PORTFOLIO SERVICING INC(*)

**Court claim no.** (if known):
15-2

**Last 4 digits** of any number you use to identify the debtor's account:   4   3   6   4

**Property Address:**   1162 CLUB DR
Number        Street

JOHNSTOWN                                               PA      15905
City                                                              State     ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      4,114.88 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      4,114.88 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $      4,114.88 |

**Part 4:** **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ ___29,592.97___

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
July 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ ___-0-___

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour _____   Date   ___08/06/2026___
Signature

Trustee   Ronda J. Winnecour _____
First Name          Middle Name          Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
Number      Street

PITTSBURGH _____   PA   15219 ____
City                                   State   ZIP Code

Contact phone   (412) 471-5566 _____   Email   cmecf@chapter13trusteewdpa.com _____

| Debtor 1 | **REYNOLDS** | | Case Number **23-70173JAD** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 07/25/2024 | 1306826 | Amounts Disbursed To Creditor | 25.82 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 08/26/2024 | 1309373 | Amounts Disbursed To Creditor | 80.75 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 09/25/2024 | 1311970 | Amounts Disbursed To Creditor | 713.88 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 10/25/2024 | 1314494 | Amounts Disbursed To Creditor | 103.03 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 11/25/2024 | 1317068 | Amounts Disbursed To Creditor | 103.03 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 12/23/2024 | 1319453 | Amounts Disbursed To Creditor | 103.03 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 01/28/2025 | 1321955 | Amounts Disbursed To Creditor | 103.03 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 02/25/2025 | 1324370 | Amounts Disbursed To Creditor | 736.16 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 03/26/2025 | 1326885 | Amounts Disbursed To Creditor | 185.80 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 04/25/2025 | 1329350 | Amounts Disbursed To Creditor | 268.58 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 05/23/2025 | 1331745 | Amounts Disbursed To Creditor | 268.58 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 06/25/2025 | 1334200 | Amounts Disbursed To Creditor | 268.58 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 07/25/2025 | 1336668 | Amounts Disbursed To Creditor | 268.58 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 10/24/2025 | 1343959 | Amounts Disbursed To Creditor | 886.03 |
| | | | | Total for Claim Number 15-2: | 4,114.88 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **4,114.88** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15-2 | PINGORA LOAN SERVICING LLC | 08/25/2023 | 1277446 | Amounts Disbursed To Creditor | 1,051.31 |
| 15-2 | PINGORA LOAN SERVICING LLC | 09/26/2023 | 1280177 | Amounts Disbursed To Creditor | 744.38 |
| 15-2 | PINGORA LOAN SERVICING LLC | 10/25/2023 | 1282886 | Amounts Disbursed To Creditor | 1,177.24 |
| 15-2 | PINGORA LOAN SERVICING LLC | 11/27/2023 | 1285564 | Amounts Disbursed To Creditor | 839.64 |
| 15-2 | PINGORA LOAN SERVICING LLC | 12/21/2023 | 1288140 | Amounts Disbursed To Creditor | 851.58 |
| 15-2 | PINGORA LOAN SERVICING LLC | 01/26/2024 | 1290832 | Amounts Disbursed To Creditor | 858.63 |
| 15-2 | PINGORA LOAN SERVICING LLC | 02/26/2024 | 1293478 | Amounts Disbursed To Creditor | 994.38 |
| 15-2 | PINGORA LOAN SERVICING LLC | 03/26/2024 | 1296126 | Amounts Disbursed To Creditor | 926.09 |
| 15-2 | PINGORA LOAN SERVICING LLC | 04/25/2024 | 1298793 | Amounts Disbursed To Creditor | 1,340.01 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 06/25/2024 | 1304210 | Amounts Disbursed To Creditor | 1,729.62 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 07/25/2024 | 1306826 | Amounts Disbursed To Creditor | 860.16 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 08/26/2024 | 1309373 | Amounts Disbursed To Creditor | 812.36 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 09/25/2024 | 1311970 | Amounts Disbursed To Creditor | 812.36 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 10/25/2024 | 1314494 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 11/25/2024 | 1317068 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 12/23/2024 | 1319453 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 01/28/2025 | 1321955 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 02/25/2025 | 1324370 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 03/26/2025 | 1326885 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 04/25/2025 | 1329350 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 05/23/2025 | 1331745 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 06/25/2025 | 1334200 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 07/25/2025 | 1336668 | Amounts Disbursed To Creditor | 785.45 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 08/26/2025 | 1339071 | Amounts Disbursed To Creditor | 1,150.73 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 10/24/2025 | 1343959 | Amounts Disbursed To Creditor | 1,713.10 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 11/21/2025 | 1346243 | Amounts Disbursed To Creditor | 794.61 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 12/23/2025 | 1348617 | Amounts Disbursed To Creditor | 794.61 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 01/27/2026 | 1350998 | Amounts Disbursed To Creditor | 794.61 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 02/24/2026 | 1353359 | Amounts Disbursed To Creditor | 794.61 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 03/25/2026 | 1355752 | Amounts Disbursed To Creditor | 299.41 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 04/27/2026 | 1358149 | Amounts Disbursed To Creditor | 1,289.81 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 05/27/2026 | 1360562 | Amounts Disbursed To Creditor | 794.61 |
| 15-2 | SELECT PORTFOLIO SERVICING INC( | 06/25/2026 | 1362921 | Amounts Disbursed To Creditor | 314.61 |
| | | | | Total for Claim Number 15-2: | 29,592.97 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **29,592.97** |

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

KIMBERLY J REYNOLDS
1162 CLUB DRIVE
JOHNSTOWN, PA  15905

KENNETH P SEITZ ESQ
LAW OFFICES OF KENNY P SEITZ
PO BOX 211
LIGONIER, PA  15658

SELECT PORTFOLIO SERVICING INC(*)
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

ROBERTSON ANSCHUTZ SCHNEID CRANE &
PARTNERS PLLC
13010 MORRIS RD SUITE 450
ALPHARETTA, GA  30004


Dated: 08/06/2026

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee